UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HANS BAPTIST PANKRAZ GRUEBLER,<br><br>　　　　　Defendant. | CASE NO.:   20CR1926-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |

　　For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for October 9, 2020 at 1:30 p.m., be continued to November 13, 2020 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by October 16, 2020.

　　It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act in the interests of justice under 18 U.S.C. §3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

　　IT IS SO ORDERED.

Dated:  October 7, 2020

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge