UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANS BAPTIST PANKRAZ GRUEBLER,<br><br>Defendant. | CASE NO.:  20CR1926-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE CHANGE OF PLEA AND REQUEST FOR IMMEDIATE SENTENCE HEARING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Change of Plea and Request for Immediate Sentence Hearing currently set for May 21, 2021 at 11:00 a.m., be continued to May 28, 2021 at 11:00 a.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act in the interests of justice under 18 U.S.C. §3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  May 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge